IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| CLEAR WITH COMPUTERS, LLC<br><br>Plaintiff,<br><br>v.<br><br>FISHING HOLDINGS, LLLC dba RANGER BOATS,<br><br>Defendant. | Civil Action No. 6:13-cv-161<br><br>JURY TRIAL DEMANDED |
| CLEAR WITH COMPUTERS, LLC<br><br>Plaintiff,<br><br>v.<br><br>CLAAS OF AMERICA, INC.,<br><br>Defendant. | Civil Action No. 6:13-cv-179<br><br>JURY TRIAL DEMANDED |

## ORDER OF DISMISSAL WITH PREJUDICE

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal With Prejudice of all claims and counterclaims asserted between plaintiff Clear With Computers, LLC and defendant CLAAS of America, Inc. in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit between plaintiff Clear With Computers, LLC and defendant CLAAS of America, Inc., are hereby dismissed with prejudice, subject to the terms of that certain agreement entitled "**SETTLEMENT AND LICENSE AGREEMENT**."

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

**So ORDERED and SIGNED this 19th day of December, 2013.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**